■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER J. McCAULEY, Appellant. [638 NYS2d 332] —Appeal by the defendant from an amended judgment of the County Court, Westchester County (Carey, J.), rendered February 23, 1994, revoking a sentence of probation previously imposed upon a finding that he had violated a condition thereof, upon his admission, and imposing a sentence of imprisonment upon his previous conviction of criminal possession of stolen property in the fourth degree.

Ordered that the amended judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., Thompson, Friedmann and Florio, JJ., concur.